STATE OF MONTANA,
Plaintiff,                    Cause No. DC-29-2005-9
vs.                            NUNC PRO TUNC ORDER
CHRISTOPHER ROULEAU,    TO CORRECT DECISION
Defendant,

The sentencing date in paragraph one and paragraph six of the February 8, 2007 Decision of the Sentence Review Division was incorrectly listed as July 21, 2006.

NOW, THEREFORE, IT IS ORDERED ADJUDGED AND DECREED THAT the sentencing date in paragraph one and paragraph six is hereby amended to the correct sentencing date of July 10, 2006.

DATED this 23rd day of March, 2007.

Chairperson, Hon. Randal I. Spaulding